UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL LONG,

Plaintiff,

v.

FRANK FINCH,

Defendant.

_____/

Case No. 14-13269

SENIOR UNITED STATES DISTRICT
JUDGE ARTHUR J. TARNOW

MAGISTRATE JUDGE PATRICIA T. MORRIS

**ORDER ADOPTING REPORT AND RECOMMENDATION [12]; DENYING PLAINTIFF'S MOTIONS FOR DEFAULT JUDGMENT [6, 8]; AND GRANTING PLAINTIFF 30 DAYS TO FILE AMENDED COMPLAINT**

Plaintiff filed a Motion for Default Judgment [6] on January 21, 2015. Defendant filed a Response [7] on January 28, 2015. The same day, Plaintiff filed an Amended Motion for Default Judgment [8]. Defendant filed a Response [9] to the amended motion on February 4, 2015. Plaintiff filed a Reply [11] on February 23, 2015. On February 27, 2015, the Magistrate Judge filed a Report and Recommendation [12] recommending that the Court deny Plaintiff's motions for default judgment and grant Plaintiff thirty days to file an amended complaint, after which he must serve the amended complaint in compliance with Federal Rule of

1

Civil Procedure 4.  No party filed any objection to the Report and Recommendation.

Having reviewed the record, the Court hereby **ADOPTS** the Report and Recommendation [12] and enters it as the findings and conclusions of the Court.

**IT IS ORDERED** that Plaintiff's Motion for Default Judgment [6] and Amended Motion for Default Judgment [8] are **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff may file an amended complaint within 30 days after receiving a copy of this Order.  Plaintiff is advised to properly serve the amended complaint under Federal Rule of Civil Procedure 4.

**SO ORDERED**.

|  |  |
|---|---|
|  | s/Arthur J. Tarnow |
|  | Arthur J. Tarnow |
| Dated: April 13, 2015 | Senior United States District Judge |